DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TYRAN ANTOINE YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1160
_____

March 27, 2024

Appeal from the Circuit Court for Sarasota County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Tyran Antoine Young, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


SILBERMAN, KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.